**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION**

**Case No. 5:08-CV-00463-FL**

| | | |
|---|---|---|
| **CONSOLIDATION COAL COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| **3M COMPANY, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

Notice is hereby given that the undersigned counsel shall be appearing for all purposes on behalf of Defendant Cleveland Electric Company.

Respectfully submitted this the 3rd day of September, 2009.

> **SHAPIRO FUSSELL WEDGE & MARTIN, LLP**
> /s/ Herman L. Fussell
> Herman L. Fussell, Georgia SB # 281100
> One Midtown Plaza, Suite 1200
> 1360 Peachtree Street
> Atlanta, Georgia  30309
> Phone: (404) 870-2201
> Facsimile: (404) 870-2213
> *Counsel for Defendant Cleveland Electric Company*

1

**SAFRAN LAW OFFICES**

 /s/ Brian J. Schoolman
Brian J. Schoolman, NCSB # 26266
120 South Boylan Avenue (27603)
Post Office Box 587
Raleigh, North Carolina 27602-0587
Phone: (919) 828-1396
Facsimile: (919) 828-7993
*LR 83.1 Counsel for Defendant Cleveland Electric*
*Company*

## CERTIFICATE OF SERVICE

        I hereby certify that on September 3, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| PLAINTIFF NAME | MAILING ADDRESS |
| --- | --- |
| Consolidation Coal Company | Daniel M. Darragh<br>Cohen & Grigsby, P.C.<br>ddarragh@cohenlaw.com<br><br>William W. Pollock<br>Cranfill Sumner & Hartzog, LLP<br>wpollock@cshlaw.com |

| DEFENDANT NAME – 5:08-CV-463-FL | MAILING ADDRESS |
| --- | --- |
| Blackstone (Town of), Virginia<br><br>Dover (City of), Delaware | William A. White, Esq.<br>Moore & Van Allen PLLC<br>billwhite@mvalaw.com<br><br>David E. Fox, Esq.<br>Michael J. Byrne, Esq.<br>Moore and Van Allen PLLC<br>davidfox@mvalaw.com<br>michaelbyrne@mvalaw.com |
| Bonner Electric, Inc. | Joseph P. Williams, Esq.<br>Ryan K. McKain, Esq.<br>Shipman & Goodwin LLP<br>jwilliams@goodwin.com<br>rmckain@goodwin.com<br><br>H. Clay Hodges, Esq.<br>Donald J. Harris, Esq.<br>chodges@harriswinfield.com<br>dharris@harriswinfield.com |

| | |
|---|---|
| Huntsville Utilities | Nicholas J. Voelker, Esq.<br>Bradley Arant Boult Cummings, LLP<br>nvoelker@babc.com<br><br>Benjamin L. McArthur, Esq.<br>Edwin C. Hughes, Esq.<br>Bradley Arant Boult Cummings, LLP<br>bmcarthur@babc.com<br>chughes@babc.com |
| Jet Electric Motor Co., Inc. | James F. Hopf, Esq.<br>Hopf and Higley, PA<br>jim@hopfhigley.com |
| North Carolina Department of Agriculture and Consumer Services | Keith H. Johnson, Esq.<br>Andrew H. Erteschik, Esq.<br>Poyner & Spruill LLP<br>kjohnson@poynerspruill.com<br>aerteschik@poynerspruill.com |
| Lafarge Mid-Atlantic, LLC<br><br>Owen Electric Steel Company of South Carolina | Ronald E. Cardwell, Esq.<br>McNair Law Firm, P.A.<br>rcardwell@mcnair.net |
| New South of Rocky Mount, Inc. | John J. Butler, Esq.<br>Parker Poe Adams & Bernstein LLP<br>jaybutler@parkerpoe.com |
| Phoenix Solutions Company | Keith H. Johnson, Esq.<br>Andrew H. Erteschik, Esq.<br>Poyner & Spruill LLP<br>kjohnson@poynerspruill.com<br>aerteschik@poynerspruill.com |
| Union Electric Company now known as Ameren Corporation or AmerenUE Corporation | Donald H. Beskind, Esq.<br>Jesse H. Rigsby, IV, Esq.<br>Twiggs, Beskind, Strickland & Rabenau, PA<br>beskind@nctrial.com<br>rigsby@nctrial.com |

| Ventech Engineers Inc. and/or Ventech Process Equipment Inc. and/or The Ventech Companies | Marc J. Wojciechowski, Esq.<br>Wojciechowski & Associate P.C.<br>marc@wojolaw.com<br><br>Scott Brown, Esq.<br>Brown, Crump, Vanore & Tierney, LLP<br>scottbrown@bcvtlaw.com |
|---|---|
| Veolia Environmental Services Waste-to-Energy f/k/a Montenay Power Corporation | David J. Mazza, Esq.<br>Reid C. Adams, Jr., Esq.<br>Womble Carlyle Sandridge & Rice, PLLC<br>dmazza@wcsr.com<br>cadams@wcsr.com |

| DEFENDANT NAME – 5:09-CV-39-FL | MAILING ADDRESS |
|---|---|
| Dean's Light Box, Inc. | William A. White, Esq.<br>Moore & Van Allen PLLC<br>billwhite@mvalaw.com<br><br>David E. Fox, Esq.<br>Michael J. Byrne, Esq.<br>Moore and Van Allen PLLC<br>davidfox@mvalaw.com<br>michaelbyrne@mvalaw.com |
| Dorey Electric Company | J. Scott Lewis, Esq.<br>Ellen J. Persechini, Esq.<br>Hedrick, Gardner, Kincheloe & Garofalo, LLP<br>slewis@hedrickgardner.com<br>ellenp@hedrickgardner.com |

| Electric Equipment Corporation of Virginia | Julia Bright, Esq.<br>John S. Slosson, Esq.<br>Nelson Mullins Riley & Scarborough<br>jack.slosson@nelsonmullins.com<br>julia.bright@nelsonmullins.com<br><br>Jane E. Fedder, Esq. Joseph G. Nassif, Esq.<br>Husch Blackwell Sanders LLP<br>jane.fedder@huschblackwell.com<br>joseph.nassif@huschblackwell.com |
|---|---|
| Erachem Comilog, Inc. f/k/a Chemetals Incorporated<br><br>Jessop Steel, LLC<br><br>Kobe Copper Products, Inc. | Kurt J. Olson, Esq.<br>Law Office of Kurt J. Olson, PLLC<br>kurt.j.olson@gmail.com |
| Hudson Light and Power Department | R. Bryan Brice, Jr., Esq.<br>Catherine Cralle Jones, Esq.<br>Law Offices of F. Bryan Brice, Jr.<br>bryan@attbryanbrice.com<br>cathy@attbryanbrice.com |

| DEFENDANT NAME – 5:09-CV-191-FL | MAILING ADDRESS |
|---|---|
| 3M Company | John W. Bowers, Esq.<br>D. Christopher Osborn, Esq.<br>Horack Talley Pharr & Lowndes, P.A.<br>jbowers@horacktalley.com |

| | |
|---|---|
| Alcan Primary Products Corporation | Richard V. Bennett, Esq.<br>Joshua H. Bennett, Esq.<br>Bennett & Guthrie, PLLC<br>rbennett@bennett-guthrie.com<br>jbennett@bennett-guthrie.com<br><br>A. Bruce White, Esq.<br>John W. Kalich, Esq.<br>Karaganis, White & Magel Ltd.<br>bwhite@k-w.com<br>jkalich@k-w.com |
| American Skiing Company | Kurt J. Olson, Esq.<br>Law Office of Kurt J. Olson, PLLC<br>kurt.j.olson@gmail.com |
| Apogee Coal Company, L.L.C. | Bradley M. Risinger, Esq.<br>Smith Moore Leatherwood LLP<br>brad.risinger@smithmoorelaw.com<br><br>Frank H. Hackmann, Esq.<br>Sonnenschein Nath & Rosenthal LLP<br>fhackmann@sonnenschein.com |
| Appalachian Power Company | Kurt J. Olson, Esq.<br>Law Office of Kurt J. Olson, PLLC<br>kurt.j.olson@gmail.com |
| Arkema, Inc. | Kurt J. Olson, Esq.<br>Law Office of Kurt J. Olson, PLLC<br>kurt.j.olson@gmail.com |

| | |
|---|---|
| Atlantic City Electric Company | Julia Bright, Esq.<br>John S. Slosson, Esq.<br>Nelson Mullins Riley & Scarborough<br>jack.slosson@nelsonmullins.com<br>julia.bright@nelsonmullins.com<br><br>Jane E. Fedder, Esq. Joseph G. Nassif, Esq.<br>Husch Blackwell Sanders LLP<br>jane.fedder@huschblackwell.com<br>joseph.nassif@huschblackwell.com |
| Baltimore Gas & Electric Company | R. Bryan Brice, Jr., Esq.<br>Catherine Cralle Jones, Esq.<br>Law Offices of F. Bryan Brice, Jr.<br>bryan@attbryanbrice.com<br>cathy@attbryanbrice.com |
| BASF Corporation | Kurt J. Olson, Esq.<br>Law Office of Kurt J. Olson, PLLC<br>kurt.j.olson@gmail.com |
| Bayer Crop Science Inc. | Kurt J. Olson, Esq.<br>Law Office of Kurt J. Olson, PLLC<br>kurt.j.olson@gmail.com |
| Bedford Rural Electric Cooperative, Inc. | Cynthia M. Currin, Esq.<br>Crisp, Page & Currin, L.L.P.<br>ccurrin@cpclaw.com<br><br>Marcus A. Manos, Esq.<br>Joan Wash Hartley, Esq.<br>Nexsen Pruet, LLC<br>mmanos@nexsenpruet.com<br>jhartley@nexsenpruet.com |

| | |
|---|---|
| Blue Ridge Electric Cooperative, Inc. | Julia Bright, Esq.<br>John S. Slosson, Esq.<br>Nelson Mullins Riley & Scarborough<br>jack.slosson@nelsonmullins.com<br>julia.bright@nelsonmullins.com<br><br>Jane E. Fedder, Esq. Joseph G. Nassif, Esq.<br>Husch Blackwell Sanders LLP<br>jane.fedder@huschblackwell.com<br>joseph.nassif@huschblackwell.com |
| Broad River Electric Cooperative, Inc. | Julia Bright, Esq.<br>John S. Slosson, Esq.<br>Nelson Mullins Riley & Scarborough<br>jack.slosson@nelsonmullins.com<br>julia.bright@nelsonmullins.com<br><br>Jane E. Fedder, Esq. Joseph G. Nassif, Esq.<br>Husch Blackwell Sanders LLP<br>jane.fedder@huschblackwell.com<br>joseph.nassif@huschblackwell.com |
| Bruce-Merrilees Electric Company | R. Steven DeGeorge<br>Robinson, Bradshaw & Hinson, P.A.<br>sdegeorge@rbh.com |
| Buist Electric, Inc. | Curtis L. Bentz, Esq.<br>Battle, Winslow, Scott & Wiley, PA<br>cbentz@bwsw.com |
| Cape Hatteras Electric Membership Corporation | Norman W. Shearin, Esq.<br>Vandeventer Black LLP<br>nshearin@vanblk.com<br><br>Patrick A. Genzler, Esq.<br>Vandeventer Black LLP<br>pgenzler@vanblk.com |
| Cargill Incorporated | Julia Bright, Esq.<br>Nelson Mullins Riley & Scarborough<br>julia.bright@nelsonmullins.com |

| | |
|---|---|
| Carlisle Syntec Incorporated | Susan H. Briggs, Esq.<br>Dickie, McCamey & Chilcote, P.C.<br>sbriggs@dmclaw.com |
| Carolina Power & Light Company | Christopher G. Smith, Esq.<br>Caroline N. Belk, Esq.<br>Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan<br>csmith@smithlaw.com<br>Cbelk@smithlaw.com |
| Carr & Duff, Inc. | E. Hardy Lewis, Esq.<br>Blanchard, Miller, Lewis & Styers, P.A.<br>hlewis@bmlslaw.com<br><br>Jeffrey P. Wallack, Esq.<br>Wisler Pearlstine, LLP<br>jwallack@wispearl.com |
| Caterpillar Inc. | John C. Millberg, Esq.<br>William H. Harkins, Jr., Esq.<br>Millberg Gordon Stewart PLLC<br>jmillberg@mgsattorneys.com<br>wharkins@mgsattorneys.com |
| CBS Corporation | R. Steven DeGeorge, Esq.<br>Hampton Y. Dellinger, Esq.<br>Robinson, Bradshaw & Hinson, P.A.<br>sdegeorge@rbh.com<br>hdellinger@rbh.com |
| Celanese Corporation | Julia Bright, Esq.<br>John S. Slosson, Esq.<br>Nelson Mullins Riley & Scarborough<br>jack.slosson@nelsonmullins.com<br>julia.bright@nelsonmullins.com<br><br>Jane E. Fedder, Esq. Joseph G. Nassif, Esq.<br>Husch Blackwell Sanders LLP<br>jane.fedder@huschblackwell.com<br>joseph.nassif@huschblackwell.com |

| | |
|---|---|
| Central Regional Hospital | Keith H. Johnson, Esq.<br>Andrew H. Erteschik, Esq.<br>Poyner & Spruill LLP<br>kjohnson@poynerspruill.com<br>aerteschik@poynerspruill.com |
| Chemical Products Corporation | Kurt J. Olson, Esq.<br>Law Office of Kurt J. Olson, PLLC<br>kurt.j.olson@gmail.com |
| Cherry Hospital | Keith H. Johnson, Esq.<br>Andrew H. Erteschik, Esq.<br>Poyner & Spruill LLP<br>kjohnson@poynerspruill.com<br>aerteschik@poynerspruill.com |
| Christus Health | Curtis L. Bentz<br>Battle, Winslow, Scott & Wiley, PA<br>Email: cbentz@bwsw.com<br><br>Robert O. Renbarger<br>Fritz, Byrne, Head & Harrison, PLLC<br>Email: bob@fbhh.com |
| City of Lakeland, Florida | Palmer C. Davis, Esq.<br>City of Lakeland<br>Palmer.davis@lakelandgov.net |

| | |
|---|---|
| Cogentrix Energy, L.L.C. | William A. White, Esq.<br>Moore & Van Allen PLLC<br>billwhite@mvalaw.com<br><br>David E. Fox, Esq.<br>Michael J. Byrne, Esq.<br>Moore and Van Allen PLLC<br>davidfox@mvalaw.com<br>michaelbyrne@mvalaw.com |
| Conocophillips Company | R. Steven DeGeorge, Esq.<br>Hampton Y. Dellinger, Esq.<br>Robinson, Bradshaw & Hinson, P.A.<br>sdegeorge@rbh.com<br>hdellinger@rbh.com |
| Consumers Energy Company | Jane E. Fedder, Esq.<br>Husch Blackwell Sanders LLP<br>jane.fedder@huschblackwell.com |
| Cooper Tire & Rubber Company | Kurt J. Olson, Esq.<br>Law Office of Kurt J. Olson, PLLC<br>kurt.j.olson@gmail.com |
| CSX Residual Company | Kurt J. Olson, Esq.<br>Law Office of Kurt J. Olson, PLLC<br>kurt.j.olson@gmail.com |
| Danny Corp. | Jane E. Fedder, Esq.<br>Husch Blackwell Sanders LLP<br>jane.fedder@huschblackwell.com |

| | |
|---|---|
| Delmarva Power & Light Company | Julia Bright, Esq.<br>John S. Slosson, Esq.<br>Nelson Mullins Riley & Scarborough<br>jack.slosson@nelsonmullins.com<br>julia.bright@nelsonmullins.com<br><br>Jane E. Fedder, Esq. Joseph G. Nassif, Esq.<br>Husch Blackwell Sanders LLP<br>jane.fedder@huschblackwell.com<br>joseph.nassif@huschblackwell.com |
| Dixon Lumber Company, Incorporated | Julia Bright, Esq.<br>John S. Slosson, Esq.<br>Nelson Mullins Riley & Scarborough<br>jack.slosson@nelsonmullins.com<br>julia.bright@nelsonmullins.com<br><br>Jane E. Fedder, Esq. Joseph G. Nassif, Esq.<br>Husch Blackwell Sanders LLP<br>jane.fedder@huschblackwell.com<br>joseph.nassif@huschblackwell.com |
| Domtar Paper Company, L.L.C. | Mary Maclean D. Asbill, Esq.<br>mmasbill@gmail.com<br><br>Dennis Reis, Esq.<br>Briggs and Morgan, P.A.<br>dreis@briggs.com |
| Duke Energy Carolina, L.L.C. | Stanley B. Green, Esq.<br>Womble Carlyle Sandridge & Rice, PLLC<br>sgreen@wcsr.com |
| Duquesne Light Company | Kurt J. Olson, Esq.<br>Law Office of Kurt J. Olson, PLLC<br>kurt.j.olson@gmail.com |

| | |
|---|---|
| East Kentucky Power Cooperative, Inc. | David S. Coats, Esq.<br>Carson Carmichael, Esq.<br>Bailey & Dixon, LLP<br>dcoats@bdixon.com<br>ccarmichael@bdixon.com |
| Electric Control Equipment Company | Julia Bright, Esq.<br>John S. Slosson, Esq.<br>Nelson Mullins Riley & Scarborough<br>jack.slosson@nelsonmullins.com<br>julia.bright@nelsonmullins.com<br><br>Jane E. Fedder, Esq. Joseph G. Nassif, Esq.<br>Husch Blackwell Sanders LLP<br>jane.fedder@huschblackwell.com<br>joseph.nassif@huschblackwell.com |
| Electric Equipment Corporation of Virginia | Julia Bright, Esq.<br>John S. Slosson, Esq.<br>Nelson Mullins Riley & Scarborough<br>jack.slosson@nelsonmullins.com<br>julia.bright@nelsonmullins.com<br><br>Jane E. Fedder, Esq. Joseph G. Nassif, Esq.<br>Husch Blackwell Sanders LLP<br>jane.fedder@huschblackwell.com<br>joseph.nassif@huschblackwell.com |
| Environmental Protection Services, Inc. | Kurt J. Olson, Esq.<br>Law Office of Kurt J. Olson, PLLC<br>kurt.j.olson@gmail.com |
| Florida Power & Light Company | Julia Bright, Esq.<br>Nelson Mullins Riley & Scarborough<br>julia.bright@nelsonmullins.com |
| Foremost Electric & Transmission, Inc. | Kurt J. Olson, Esq.<br>Law Office of Kurt J. Olson, PLLC<br>kurt.j.olson@gmail.com |

| | |
|---|---|
| Frontier Communications Corporation | Rodney E. Alexander, Esq.<br>Mayer Brown LLP<br>ralexander@mayerbrown.com |
| Furman University | Ronald E. Cardwell, Esq.<br>McNair Law Firm, P.A.<br>rcardwell@mcnair.net<br><br>Lee W. Zimmerman, Esq.<br>Ethan R. Ware, Esq.<br>McNair Law Firm, P.A.<br>lzimmerman@mcnair.net<br>eware@mcnair.net |
| G&S Motor Equipment Company, Inc. | William H. Gifford, Jr., Esq.<br>Martin & Gifford, PLLC<br>bill@martingiffordlaw.com |
| General Electric Company | Julia Bright, Esq.<br>John S. Slosson, Esq.<br>Nelson Mullins Riley & Scarborough<br>jack.slosson@nelsonmullins.com<br>julia.bright@nelsonmullins.com<br><br>Jane E. Fedder, Esq.<br>Joseph G. Nassif, Esq.<br>Husch Blackwell Sanders LLP<br>jane.fedder@huschblackwell.com<br>joseph.nassif@huschblackwell.com |
| General Extrusions Incorporated | Kurt J. Olson, Esq.<br>Law Office of Kurt J. Olson, PLLC<br>kurt.j.olson@gmail.com |

| | |
|---|---|
| Georgia Power Company | Jeffrey J. Hayward, Esq. Hollister A. Hill, Esq. Daniel S. Reinhardt, Esq. jeff.hayward@troutmansanders.com hollister.hill@troutmansanders.com Daniel.reinhardt@troutmansanders.com<br><br>Gavin B. Parson, Esq. Troutman Sanders LLP gavin.parsons@troutmansanders.com |
| GKN Driveline North America, Inc. | Julia Bright, Esq. John S. Slosson, Esq. Nelson Mullins Riley & Scarborough jack.slosson@nelsonmullins.com julia.bright@nelsonmullins.com<br><br>Jane E. Fedder, Esq. Joseph G. Nassif, Esq. Husch Blackwell Sanders LLP jane.fedder@huschblackwell.com joseph.nassif@huschblackwell.com |
| Gladieux Trading & Marketing Company, L.P. | Julia Bright, Esq. John S. Slosson, Esq. Nelson Mullins Riley & Scarborough jack.slosson@nelsonmullins.com julia.bright@nelsonmullins.com<br><br>Jane E. Fedder, Esq. Joseph G. Nassif, Esq. Husch Blackwell Sanders LLP jane.fedder@huschblackwell.com joseph.nassif@huschblackwell.com |

| | |
|---|---|
| Glenwood Regional Medical Center n/k/a Glenwood Resolution Authority, Inc. | Julia Bright, Esq.<br>John S. Slosson, Esq.<br>Nelson Mullins Riley & Scarborough<br>jack.slosson@nelsonmullins.com<br>julia.bright@nelsonmullins.com<br><br>Jane E. Fedder, Esq.<br>Joseph G. Nassif, Esq.<br>Husch Blackwell Sanders LLP<br>jane.fedder@huschblackwell.com<br>joseph.nassif@huschblackwell.com |
| Green Circle Growers, Inc. | Kieran J. Shanahan, Esq.<br>Steven K. McCallister, Esq.<br>Kieran@shanahanlawgroup.com<br>smccallister@shanahanlawgroup.com<br><br>Kevin D. Margolis, Esq.<br>Gregory J. Lucht, Esq.<br>Benesch, Friedlander, Coplan & Arnoff LLP<br>kmargolis@beneschlaw.com<br>glucht@beneschlaw.com |
| Greenwood Mills, Inc. | Marcus A. Manos, Esq.<br>Joan Wash Hartley, Esq.<br>Nexsen Pruet, LLC<br>mmanos@nexsenpruet.com<br>jhartley@nexsenpruet.com<br><br>Leon C. Harmon, Esq.<br>Nexsen Pruet, LLC<br>LHarmon@nexsenpruet.com |

| | |
|---|---|
| Guernsey-Muskingum Electric Cooperative Inc. | Julia G. Mimms<br>jgmassistant@bellsouth.net<br><br>Ben L. Pfefferle<br>Gregory R. Flax<br>Baker & Hostetler LLP<br>bpfefferle@bakerlaw.com<br>gflax@bakerlaw.com |
| Haines & Kibblehouse, Inc. | Kurt J. Olson, Esq.<br>Law Office of Kurt J. Olson, PLLC<br>kurt.j.olson@gmail.com |
| The Holladay Corporation a/k/a Holladay Property Services Midwest, Inc. | Kurt J. Olson, Esq.<br>Law Office of Kurt J. Olson, PLLC<br>kurt.j.olson@gmail.com |
| IES Commercial., Inc. | Marcus A. Manos, Esq.<br>Joan Wash Hartley, Esq.<br>William T. Lavender, Jr., Esq.<br>Nexsen Pruet, LLC<br>mmanos@nexsenpruet.com<br>jhartley@nexsenpruet.com<br>tlavender@nexsenpruet.com |
| Imerys Carbonates, LLC | Anthony Bernard Taylor<br>Benjamin F. Sidbury<br>Alston & Bird, LLP<br>Tony.taylor@alston.com<br>Ben.sidbury@alston.com |
| Integrated Electrical Services, Inc. | Marcus A. Manos, Esq.<br>Joan Wash Hartley, Esq.<br>William T. Lavender, Jr., Esq.<br>Nexsen Pruet, LLC<br>mmanos@nexsenpruet.com<br>jhartley@nexsenpruet.com<br>tlavender@nexsenpruet.com |

| | |
|---|---|
| International Paper Company | Kurt J. Olson, Esq.<br>Law Office of Kurt J. Olson, PLLC<br>kurt.j.olson@gmail.com |
| International Power Machinery Company | Amos C. Dawson, III, Esq.<br>Williams Mullen, P.C.<br>adawson@williamsmullen.com |
| International Polymer Group, Inc. | Ronald E. Cardwell, Esq.<br>Lee W. Zimmerman, Esq.<br>Ethan R. Ware, Esq.<br>McNair Law Firm, P.A.<br>rcardwell@mcnair.net<br>lzimmerman@mcnair.net<br>eware@mcnair.net |
| Kingsport Power Company | Kurt J. Olson, Esq.<br>Law Office of Kurt J. Olson, PLLC<br>kurt.j.olson@gmail.com |
| Koch Industries, Inc. | Grady L. Shields, Esq.<br>Wyrick Robbins Yates & Ponton LLP<br>gshields@wyrick.com<br><br>Jessica E. Merrigan, Esq.<br>Thomas A. Ryan, Esq.<br>Lathrop & Gage L.C.<br>jmerrigan@lathropgage.com<br>tryan@lathropgage.com |
| Kraft Foods Global, Inc. | Donald J. Camerson, II, Esq.<br>Kirstin K. O'Callaghan, Esq.<br>Bressler, Amery & Ross, P.C.<br>djcamerson@bressler.com<br>kocallaghan@bressler.com<br><br>John W. Bowers, Esq.<br>D. Christopher Osborn, Esq.<br>Horack Talley Pharr & Lowndes, P.A.<br>jbowers@horacktalley.com<br>cosborn@horacktalley.com |

| | |
|---|---|
| Lockwood's Electric Motor Service | Bradley M. Risinger, Esq.<br>Smith Moore Leatherwood LLP<br>brad.risinger@smithmoorelaw.com |
| Town of Louisburg, North Carolina | Keith H. Johnson, Esq.<br>Andrew H. Erteschik, Esq.<br>Poyner & Spruill LLP<br>kjohnson@poynerspruill.com<br>aerteschik@poynerspruill.com |
| LWB Refractories Company | Julia Bright, Esq.<br>John S. Slosson, Esq.<br>Nelson Mullins Riley & Scarborough<br>jack.slosson@nelsonmullins.com<br>julia.bright@nelsonmullins.com<br><br>Jane E. Fedder, Esq.<br>Joseph G. Nassif, Esq.<br>Husch Blackwell Sanders LLP<br>jane.fedder@huschblackwell.com<br>joseph.nassif@huschblackwell.com |
| Martin Marietta Materials, Inc. | William A. White, Esq.<br>Moore & Van Allen PLLC<br>billwhite@mvalaw.com<br><br>David E. Fox, Esq. Michael<br>J. Byrne, Esq. Moore and<br>Van Allen PLLC<br>davidfox@mvalaw.com<br>michaelbyrne@mvalaw.com |
| MidAmerican Energy Company | Kurt J. Olson, Esq.<br>Law Office of Kurt J. Olson, PLLC<br>kurt.j.olson@gmail.com |
| Monongahela Power Company | R. Steven DeGeorge, Esq.<br>Hampton Y. Dellinger, Esq.<br>Robinson, Bradshaw & Hinson, P.A.<br>sdegeorge@rbh.com<br>hdellinger@rbh.com |

| | |
|---|---|
| Niagara Mohawk Power Corporation d/b/a National Grid | Sara W. Higgins, Esq. Higgins Law Firm, PLLC sally@thehigginslawfirm.com<br><br>Bonnie A. Barnett, Esq. Joshua M. Kaplowitz, Esq. Drinker Biddle & Reath LLP Bonnie.Barnett@dbr.com Joshua.kaplowitz@dbr.com |
| NL Industries, Inc. | Paul Klein, Esq. Klein & Freeman, PLLC paulklein@kleinfreeman.com<br><br>Joel L. Herz, Esq. Law Offices of Joel L. Herz joel@joelherz.com |
| Norfolk Southern Railway Company | Kurt J. Olson, Esq. Law Office of Kurt J. Olson, PLLC kurt.j.olson@gmail.com |
| North Carolina State University | William A. White, Esq. Moore & Van Allen PLLC billwhite@mvalaw.com<br><br>David E. Fox, Esq. Michael J. Byrne, Esq. Moore and Van Allen PLLC davidfox@mvalaw.com michaelbyrne@mvalaw.com |
| North Georgia Electric Membership Corporation | Anthony Bernard Taylor Benjamin F. Sidbury Alston & Bird, LLP Tony.taylor@alston.com Ben.sidbury@alston.com |

| | |
|---|---|
| Northrop Grumman Shipbuilding, Inc. | Anthony Bernard Taylor<br>Benjamin F. Sidbury<br>Alston & Bird, LLP<br>Tony.taylor@alston.com<br>Ben.sidbury@alston.com |
| Nucor Corporation | William A. White, Esq.<br>Moore & Van Allen PLLC<br>billwhite@mvalaw.com<br><br>David E. Fox, Esq. Michael<br>J. Byrne, Esq. Moore and<br>Van Allen PLLC<br>davidfox@mvalaw.com<br>michaelbyrne@mvalaw.com |
| O'Berry Neuro-Medical Center | Keith H. Johnson, Esq.<br>Andrew H. Erteschik, Esq.<br>Poyner & Spruill LLP<br>kjohnson@poynerspruill.com<br>aerteschik@poynerspruill.com |
| Occidental Chemical Corporation | Julia Bright, Esq.<br>John S. Slosson, Esq.<br>Nelson Mullins Riley & Scarborough<br>jack.slosson@nelsonmullins.com<br>julia.bright@nelsonmullins.com<br><br>Jane E. Fedder, Esq.<br>Joseph G. Nassif, Esq.<br>Husch Blackwell Sanders LLP<br>jane.fedder@huschblackwell.com<br>joseph.nassif@huschblackwell.com |

| | |
|---|---|
| Pactiv Corporation | Robert S. Adden, Jr., Esq.<br>Ruff, Bond, Cobb, Wade & Bethune, LLP<br>radden@rbcwb.com<br><br>Raymond T. Reott, Esq.<br>Becky J. Schanz, Esq.<br>Reott Law Offices, LLC<br>rreott@reottlaw.com<br>bschanz@reottlaw.com |
| Palmetto Electric Cooperative, Inc. | Marcus A. Manos, Esq.<br>Joan Wash Hartley, Esq.<br>Nexsen Pruet, LLC<br>mmanos@nexsenpruet.com<br>jhartley@nexsenpruet.com |
| PCS Phosphate Company, Inc. | J. Donald Cowan, Jr.<br>Ellis & Winters LLP<br>don.cowan@elliswinters.com<br><br>Jane B. Story<br>Michael H. Ginsberg<br>Ryan D. Dahl<br>Jones Day<br>jbstory@jonesday.com<br>mhginsberg@jonesday.com<br>rddahl@jonesday.com |
| Peace College of Raleigh, Inc. | Keith H. Johnson, Esq.<br>Andrew H. Erteschik, Esq.<br>Poyner & Spruill LLP<br>kjohnson@poynerspruill.com<br>aerteschik@poynerspruill.com |

| | |
|---|---|
| Pharmacia Corporation | Julia Bright, Esq.<br>John S. Slosson, Esq.<br>Nelson Mullins Riley & Scarborough<br>jack.slosson@nelsonmullins.com<br>julia.bright@nelsonmullins.com<br><br>Jane E. Fedder, Esq.<br>Joseph G. Nassif, Esq.<br>Husch Blackwell Sanders LLP<br>jane.fedder@huschblackwell.com<br>joseph.nassif@huschblackwell.com |
| Potomac Electric Power Company | Julia Bright, Esq.<br>John S. Slosson, Esq.<br>Nelson Mullins Riley & Scarborough<br>jack.slosson@nelsonmullins.com<br>julia.bright@nelsonmullins.com<br><br>Jane E. Fedder, Esq.<br>Joseph G. Nassif, Esq.<br>Husch Blackwell Sanders LLP<br>jane.fedder@huschblackwell.com<br>joseph.nassif@huschblackwell.com |
| PPL Electric Utilities Corporation | Sara W. Higgins, Esq.<br>Higgins Law Firm, PLLC<br>sally@thehigginslawfirm.com<br><br>Bonnie A. Barnett, Esq.<br>Joshua M. Kaplowitz, Esq.<br>Drinker Biddle & Reath LLP<br>Bonnie.Barnett@dbr.com<br>Joshua.kaplowitz@dbr.com |
| Royal Street Junk Company | Henry W. Gorham, Esq.<br>Jacob H. Wellman, Esq.<br>Teague Campbell Dennis & Gorham LLP<br>JWellman@tcdg.com<br>hgorham@tcdg.com |

| | |
|---|---|
| Santee Electric Cooperative, Inc. | Marcus A. Manos, Esq.<br>Joan Wash Hartley, Esq.<br>Nexsen Pruet, LLC<br>mmanos@nexsenpruet.com<br>jhartley@nexsenpruet.com |
| Sara Lee Corporation d/b/a Hillshire Farms | Kurt J. Olson, Esq.<br>Law Office of Kurt J. Olson, PLLC<br>kurt.j.olson@gmail.com |
| Sonoco Products Company | Julia Bright, Esq.<br>John S. Slosson, Esq.<br>Nelson Mullins Riley & Scarborough<br>jack.slosson@nelsonmullins.com<br>julia.bright@nelsonmullins.com<br><br>Jane E. Fedder, Esq.<br>Joseph G. Nassif, Esq.<br>Husch Blackwell Sanders LLP<br>jane.fedder@huschblackwell.com<br>joseph.nassif@huschblackwell.com |
| South Central Power Company | Kurt J. Olson, Esq.<br>Law Office of Kurt J. Olson, PLLC<br>kurt.j.olson@gmail.com |
| Southland Electrical Supply, Inc. | Julia Bright, Esq.<br>John S. Slosson, Esq.<br>Nelson Mullins Riley & Scarborough<br>jack.slosson@nelsonmullins.com<br>julia.bright@nelsonmullins.com<br><br>Jane E. Fedder, Esq.<br>Joseph G. Nassif, Esq.<br>Husch Blackwell Sanders LLP<br>jane.fedder@huschblackwell.com<br>joseph.nassif@huschblackwell.com |

| | |
|---|---|
| St. Joseph Medical Center, Inc. | Julia Bright, Esq.<br>John S. Slosson, Esq.<br>Nelson Mullins Riley & Scarborough<br>jack.slosson@nelsonmullins.com<br>julia.bright@nelsonmullins.com<br><br>Jane E. Fedder, Esq.<br>Joseph G. Nassif, Esq.<br>Husch Blackwell Sanders LLP<br>jane.fedder@huschblackwell.com<br>joseph.nassif@huschblackwell.com |
| Sumter Electric Cooperative, Inc. d/b/a<br>SECO Energy | Kurt J. Olson, Esq.<br>Law Office of Kurt J. Olson, PLLC<br>kurt.j.olson@gmail.com |
| T and R Electric Supply Company, Inc. | Julia Bright, Esq.<br>John S. Slosson, Esq.<br>Nelson Mullins Riley & Scarborough<br>jack.slosson@nelsonmullins.com<br>julia.bright@nelsonmullins.com<br><br>Jane E. Fedder, Esq.<br>Joseph G. Nassif, Esq.<br>Husch Blackwell Sanders LLP<br>jane.fedder@huschblackwell.com<br>joseph.nassif@huschblackwell.com |
| The University of North Carolina at<br>Chapel Hill | William A. White, Esq.<br>Moore & Van Allen PLLC<br>billwhite@mvalaw.com<br><br>David E. Fox, Esq. Michael<br>J. Byrne, Esq. Moore and<br>Van Allen PLLC<br>davidfox@mvalaw.com<br>michaelbyrne@mvalaw.com |

| | |
|---|---|
| Tennessee Electro Minerals, Inc. | Anthony Bernard Taylor<br>Benjamin F. Sidbury<br>Alston & Bird, LLP<br>Tony.taylor@alston.com<br>Ben.sidbury@alston.com |
| Tennessee Valley Authority | C. Scott Spear<br>U.S. Dept. of Justice, ENRD, EDS<br>Scott.spear@usdoj.gov |
| Tri-State Armature & Electrical Works, Inc. | Julia Bright, Esq.<br>John S. Slosson, Esq.<br>Nelson Mullins Riley & Scarborough<br>jack.slosson@nelsonmullins.com<br>julia.bright@nelsonmullins.com<br><br>Jane E. Fedder, Esq.<br>Joseph G. Nassif, Esq.<br>Husch Blackwell Sanders LLP<br>jane.fedder@huschblackwell.com<br>joseph.nassif@huschblackwell.com |
| Unimin Corporation | Julia Bright, Esq.<br>John S. Slosson, Esq.<br>Nelson Mullins Riley & Scarborough<br>jack.slosson@nelsonmullins.com<br>julia.bright@nelsonmullins.com<br><br>Jane E. Fedder, Esq.<br>Joseph G. Nassif, Esq.<br>Husch Blackwell Sanders LLP<br>jane.fedder@huschblackwell.com<br>joseph.nassif@huschblackwell.com |
| United States Air Force | C. Scott Spear<br>U.S. Dept. of Justice, ENRD, EDS<br>Scott.spear@usdoj.gov |

| United States Central Intelligence Agency | C. Scott Spear<br>U.S. Dept. of Justice, ENRD, EDS<br>Scott.spear@usdoj.gov |
|---|---|
| United States Defense Logistics Agency | C. Scott Spear<br>U.S. Dept. of Justice, ENRD, EDS<br>Scott.spear@usdoj.gov |
| United States Department of the Army | C. Scott Spear<br>U.S. Dept. of Justice, ENRD, EDS<br>Scott.spear@usdoj.gov |
| United States Department of the Navy | C. Scott Spear<br>U.S. Dept. of Justice, ENRD, EDS<br>Scott.spear@usdoj.gov |
| Union Carbide Corporation | Benjamin F. Sidbury, Esq.<br>Alston & Bird LLP<br>ben.sidbury@alston.com |
| United Technologies Corporation, Pratt & Whitney Division | Julia Bright, Esq.<br>Nelson Mullins Riley & Scarborough<br>julia.bright@nelsonmullins.com |
| Virginia Electric and Power Company | John K. Byrum, Jr., Esq.<br>Troutman Sanders LLP<br>john.byrum@troutmansanders.com<br><br>Patricia P. Kerner, Esq.<br>D. Kyle Deak, Esq.<br>Troutman Sanders LLP<br>tricia.kerner@troutmansanders.com<br>kyle.deak@troutmansanders.com |
| Vulcan Construction Materials, L.P. | Bradford A. De Vore, Esq.<br>Womble Carlyle Sandridge & Rice, PLLC<br>bdevore@wcsr.com |

| Warren Electric Cooperative | Marcus A. Manos, Esq.<br>Joan Wash Hartley, Esq.<br>Nexsen Pruet, LLC<br>mmanos@nexsenpruet.com<br>jhartley@nexsenpruet.com<br><br>Russell S. Warner, Esq.<br>Marissa A. Savastana, Esq.<br>MacDonald, Illig, Jones & Britton LLP<br>rwarner@mijb.com<br>msavastana@mijb.com |
|---|---|
| Washington Suburban Sanitary Commission | Joel A. Kramer<br>Associate Counsel<br>Washington Suburban Sanitary Commission<br>14501 Sweitzer Lane, 12th Floor<br>Laurel, MD 20207<br>jkramer@wsscwater.com |
| West Penn Power Company | R. Steven DeGeorge, Esq.<br>Hampton Y. Dellinger, Esq.<br>Robinson, Bradshaw & Hinson, P.A.<br>sdegeorge@rbh.com<br>hdellinger@rbh.com |
| Weyerhaeuser Company | Scott C. Hart, Esq.<br>Sumrell, Sugg, Carmichael, Hicks & Hart, P.A.<br>shart@nclawyers.com<br><br>Charles K. Douthwaite, Esq.<br>Weyerhaeuser Company<br>Charlie.douthwaite@weyerhaeuser.com |

This the 3rd day of September, 2009

/s/ Brian J. Schoolman
Brian J. Schoolman