IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| CAROLINA POWER & LIGHT COMPANY<br>d/b/a PROGRESS ENERGY CAROLINAS, INC.,<br><br>    Plaintiff,<br>v.<br><br>3 M COMPANY, et al.,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) | 5:08-CV-00460-FL |
| CONSOLIDATION COAL COMPANY,<br><br>    Plaintiff,<br>v.<br><br>3 M COMPANY, et al.,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) | 5:08-CV-00463-FL |

## **CONSENT ORDER AND STIPULATION REGARDING THE COURT'S MARCH 24, 2010 ORDER**

THIS CAUSE came to be heard on the joint application of Plaintiffs and Defendants with

respect to the application of this Court's March 24, 2010 Order (CP&L DE # 277; Consol DE #

305) dismissing Plaintiffs' § 107 claims as to certain Defendants.

In pertinent part, the Court's March 24 Order held as follows:

> Concurring defendants' supplemental motion to dismiss plaintiffs' § 107 claim
> (CP&L DE # 266; Consol DE # 256) is GRANTED. Plaintiffs' claims are
> DISMISSED as to the concurring defendants only. Cross-claimant's § 107 claims
> are unaffected by this disposition.

March 24 Order, at 33.

The Court's March 24 Order with respect to the Plaintiffs' § 107 claim was made in response to a motion made by a limited number of defendants. Accordingly, the Order granting the motion was made with respect to only that limited number of defendants. The Plaintiffs and Defendants agree and stipulate that the Court's March 24 Order dismissing the Plaintiffs' § 107 claim as to that limited number of defendants is applicable as to all Defendants.

THEREFORE, IT IS HEREBY STIPULATED, AGREED AND ORDERED that Plaintiffs' § 107 claims as to the remaining defendants are DISMISSED for the reasons set forth in the Court's March 24 ORDER. Cross-claimant PCS Phosphate Company, Inc.'s § 107 claims are unaffected by this disposition.

IT IS FURTHER STIPULATED, AGREED AND ORDERED that Defendants' respective § 113(f) counterclaims asserted in response to the dismissed § 107(a) claims are hereby DISMISSED. Defendants' § 113(f) crossclaims in response to PCS Phosphate's § 107(a) and §113(g)(2) claims are unaffected by this disposition.

It is further stipulated, agreed and ordered that Defendants' Motion to Strike Pursuant to Fed. R. Civ. P. 12(f) Count I of Plaintiff Carolina Power & Light Company d/b/a Progress Energy Carolinas, Inc.'s Consolidated and Third Amended Complaint (CP&L DE # 342; Consol DE # 348) is DENIED as MOOT.

SO ORDERED, THIS 8th DAY OF September, 2010.

_Louise W. Flanagan_
LOUISE W. FLANAGAN
Chief United States District Court Judge

CONSENTED TO:

Counsel for Plaintiffs:

| | |
|---|---|
| /s/ Christopher G. Smith<br>CHRISTOPHER G. SMITH<br>N.C. Bar No. 22767<br>CAROLINE N. BELK<br>N.C. Bar No. 32574<br>SMITH, ANDERSON, BLOUNT, DORSETT,<br>MITCHELL & JERNIGAN, LLP<br>Post Office Box 2611<br>Raleigh, NC 27602-2611<br>Telephone: (919) 821-1220<br>Facsimile: (919) 821-6800<br>Email: csmith@smithlaw.com<br>cbelk@smithlaw.com<br><br>COUNSEL FOR PLAINTIFF CAROLINA<br>POWER & LIGHT COMPANY d/b/a<br>PROGRESS ENERGY CAROLINAS, INC. | /s/ J. Donald Cowan, Jr.<br>J. DONALD COWAN, JR.<br>N.C. Bar No. 0968<br>ELLIS & WINTERS LLP<br>1100 Crescent Green Drive, Suite 200<br>Cary, NC 27518<br>Telephone: (919) 865-7000<br>Facsimile: (919) 865-7010<br>Email: don.cowan@elliswinters.com<br><br>/s/ Jane Borthwick Story<br>MICHAEL H. GINSBERG<br>Pa. Bar No. 43582<br>MARY BETH DEEMER<br>Pa. Bar No. 41887<br>JANE BORTHWICK STORY<br>Pa. Bar No. 205641<br>JONES DAY<br>500 Grant Street, Suite 4500<br>Pittsburg, PA 15219-2514<br>Telephone: (412) 391-3939<br>Facsimile: (412) 394-7959<br>Email: mhginsberg@jonesday.com<br>mbdeemer@jonesday.com<br>jbstory@jonesday.com<br><br>COUNSEL FOR CROSSCLAIM PLAINTIFF<br>PCS PHOSPHATE COMPANY, INC. |
| /s/ William W. Pollock<br>WILLIAM W. POLLOCK<br>N.C. Bar No. 19381<br>CRANFILL SUMNER & HARTZOG LLP<br>Post Office Box 27808<br>Raleigh, NC 27611-7808<br>Telephone: (919) 828-5100<br>Facsimile: (919) 828-2277<br>Email: wpollock@cshlaw.com<br><br>/s/ Daniel M. Darragh<br>DANIEL M. DARRAGH<br>Pa. Bar No. 34076<br>Attorneys for Plaintiff<br>COHEN & GRIGSBY, P.C.<br>625 Liberty Avenue<br>Pittsburgh, PA 15222-3125<br>Telephone: (412) 297-4718<br>Facsimile: (412) 209-1940<br>Email: ddarragh@cohenlaw.com<br><br>COUNSEL FOR PLAINTIFF<br>CONSOLIDATION COAL COMPANY | |

Counsel for Defendants:

| | |
|---|---|
| /s/ Jane E. Fedder | /s/ Julia S. Bright |
| Jane E. Fedder | Julia S. Bright |
| Joseph G. Nassif | John S. Slosson |
| Husch Blackwell Sanders, LLP | Nelson Mullins Riley & Scarborough, LLP |
| 190 Carondelet Plaza, Suite 600 | 100 North Tryon Street, Bank of America |
| St. Louis, MO 63105 | Corporate Ctr. , Suite 4200 |
| 314-4801500 / 314-4801505 (fax) | Charlotte, NC 28202-4007 |
| jane.fedder@huschblackwell.com | 704-417-3136 / 704-417-3249 (fax) |
| joseph.nassif@huschblackwell.com | julia.bright@nelsonmullins.com |
| | jack.slosson@nelsonmullins.com |

*Counsel for Atlantic City Electric Company; Blue Ridge Electric Cooperative, Inc.; Broad River Electric Cooperative, Inc.; Cargill, Incorporated; Consumers Energy Company; Danny Corporation; Delmarva Power & Light Company; Dixon Lumber Company, Inc.; Electric Control Equipment Co.; Electric Equipment Corporation of Virginia; Florida Power & Light Company; GKN Driveline North American, Inc.; General Electric Company; Gladieux Trading & Marketing Co., LP, and/or Limited Corporation; Glenwood Resolution Authority, Inc.; LWB Refractories Company; Occidental Chemical Corporation; Pharmacia Corporation; Potomac Electric Power Company; Sonoco Products Company; Southland Electrical Supply, Inc.; St. Joseph Medical Center, Inc.; T and R Electric Supply Company, Inc.; Tri-State Armature & Electrical Works, Inc.; Unimin Corporation; and United Technologies Corporation*

_/s/ Donald J. Camerson, II_

Donald J. Camerson, II
NJ State Bar No. 012921990
Kirstin K. O'Callaghan
NJ State Bar No. 028612005
Bressler, Amery & Ross, P.C.
325 Columbia Turnpike
Florham Park, NJ 07932
Phone: (973) 514-1200
Fax: (973) 514-1660
djcamerson@bressler.com
kocallaghan@bressler.com

**Attorneys by Special Appearance for
Defendants 3M Company & Kraft Foods
Global, Inc.**

and

_/s/    John W. Bowers_

John W. Bowers
NC State Bar No. 24133
D. Christopher Osborn
NC State Bar No. 22237
Horack Talley
2600 One Wachovia Center
301 South College Street
Charlotte, NC 28202
jbowers@horacktalley.com
cosborn@horacktalley.com
Phone: (704) 377-2500
Fax: (704) 372-2619

**LR 83.1 Counsel for Defendants 3M
Company & Kraft Foods, Global, Inc.**

_/s/    Patrick A. Genzler_

Patrick A. Genzler
NC State Bar No. 23737
Vandeventer Black LLP
101 West Main St.
500 World Trade Center
Norfolk, VA 23510
Phone: (757) 446-8600
pgenzler@vanblk.com

and

Norman W. Shearin
NC State Bar No. 3956
Vandeventer Black LLP
P.O. Box 2599
Raleigh, NC 27602-2599
Phone: (919) 754-1171
nshearin@vanblk.com

**Attorneys for Defendant Cape Hatteras
Electric Membership Corporation**

| | |
|---|---|
| Troutman Sanders LLP | */s/   Andrea L. Rimer* |
| | Andrea L. Rimer |
| *   /s/    Gavin B. Parsons* | GA State Bar No. 605735 |
| Gavin B. Parsons | 600 Peachtree St., NE, Suite 5200 |
| NC State Bar No. 28013 | Atlanta, GA 30308-2216 |
| Post Office Drawer 1389 | Phone: (404) 885-3265 |
| Raleigh, NC 27602 | Fax: (404) 962-6669 |
| Phone: (919) 835-4107 | andrea.rimer@troutmansanders.com |
| Fax: (919) 829-8715 | ***Attorneys for Virginia Electric and Power*** |
| Gavin.parsons@troutmansanders.com | ***Company*** |
| | |
| and | and |
| | |
| Daniel S. Reinhardt | *   /s/    D. Kyle Deak* |
| GA State Bar No. 600350 | Patricia P. Kerner |
| Hollister A. Hill | NC State Bar No. 13005 |
| GA State Bar No. 003910 | D. Kyle Deak |
| Jeffrey J. Hayward | NC State Bar No. 35799 |
| GA State Bar No. 159051 | 434 Fayetteville Street |
| 5200 Bank of America Plaza | Two Hannover Square, Suite 1900 |
| 600 Peachtree Street, N.E. | Raleigh, NC 27601 |
| Atlanta, GA 30308-2216 | Phone: (919) 835-4100 |
| Phone: (404) 885-3084 | Fax: (919) 835-4101 |
| Fax: (404) 962-6679 | tricia.kerner@troutmansanders.com |
| Daniel.reinhardt@troutmansanders.com | kyle.deak@troutmansanders.com |
| Hollister.hill@troutmansanders.com | |
| Jeff.hayward@troutmansanders.com | ***LR 83.1 Counsel for Virginia Electric and*** |
| | ***Power Company*** |
| ***Attorneys for Georgia Power Company,*** | |
| ***individually and as successor-in-interest to*** | |
| ***Savannah Electric and Power Company*** | |

| | |
|---|---|
| _/s/    Joseph P. Williams_ | _/s/    Jacob H. Wellman_ |
| Joseph P. Williams | Henry W. Gorham |
| Ryan K. McKain | NC State Bar No:  6174 |
| Shipman & Goodwin LLP | Jacob H. Wellman |
| One Constitution Plaza | N.C. State Bar No.:  28853 |
| Hartford, CT 06103-1919 | Teague Campbell Dennis & Gorham LLP |
| Phone:  (860) 251-5000 | P.O. Box 19207 |
| Fax:  (860) 251-5318 | Raleigh, NC 27619-9207 |
| jwilliams@goodwin.com | Phone:  (919) 873-0166 |
| Connecticut Juris No. 57385 | hgorham@tcdg.com |
| | jwellman@tcdg.com |
| **_Attorney for Defendant Bonner Electric, Inc._** | |
| | **_Attorneys for Defendant Royal Street Junk_** |
| and | **_Company, Inc._** |
| | |
| _/s/    H. Clay Hodges_ | |
| H. Clay Hodges, NCSB #29270 | |
| Donald J. Harris | |
| Harris, Winfield, Sarratt & Hodges, LLP | |
| 1620 Hillsborough Street | |
| Suite 200 | |
| Raleigh, NC  27605 | |
| Phone:  (919) 546-8788 | |
| chodges@harriswinfield.com | |
| | |
| **_LR 83.1 Counsel for Bonner Electric, Inc._** | |

| | |
|---|---|
| /s/    R. Steven DeGeorge | /s/    Carson Carmichael |
| R. Steven DeGeorge | Carson Carmichael |
| Robinson, Bradshaw & Hinson, PA | NC State Bar #9734 |
| 101 North Tryon Street | David S. Coats |
| Suite 1900 | NC State Bar #16162 |
| Charlotte, NC 28246-1900 | Bailey & Dixon, LLP |
| sdegeorge@rbh.com | P.O. Box 1351 |
| | Raleigh, NC 27602 |
| ***Attorneys for Bruce-Merrilees Electric Co.,*** | Phone:  (919) 828-0731 |
| ***Conoco Phillips Company, Monongahela*** | Fax:  (919) 828-6592 |
| ***Power Co., CBS Corporation, West Penn*** | |
| ***Power Co.*** | and |
| | |
| | Dennis J. Conniff |
| | Kentucky State Bar #14150 |
| | Amy D. Cubbage |
| | Kentucky Bar #86902 |
| | Frost Brown Todd LLC |
| | 400 West Market St., 32nd Floor |
| | Louisville, Kentucky 40202 |
| | Phone:  (502) 589-5400 |
| | Fax:  (502) 581-1087 |
| | dconniff@fbtlaw.com |
| | acubbage@fbtlaw.com |
| | |
| | ***Attorneys for East Kentucky Power*** |
| | ***Cooperative, Inc.*** |

/s/ _Nicholas J. Voelker_

Nicholas J. Voelker, NC Bar No. 35841
Bradley Arant Boult Cummings, LLP
Bank of America Corporate Center
100 N. Tryon Street, Suite 2690
Charlotte, NC 28202
Phone: (704) 332.8842
Fax: (704) 332.8858
nvoelker@babc.com

**_LR 83.1 Counsel City of Huntsville d/b/a Huntsville Utilities_**

And

/s/ _Benjamin L. McArthur_

Benjamin L. McArthur
AL State Bar No. ASB-1049-B61M

/s/ _E. Cutter Hughes_

E. Cutter Hughes
AL State Bar No. ASB-2272-E67E
Bradley Arant Boult Cummings LLP
200 Clinton Avenue West, Suite 900
Huntsville, AL 35801-4900
Phone: 256.517.5100
Fax: 256.517.5200
bmcarthur@babc.com
chughes@babc.com

**_LR 83.1 Special Counsel for City of Huntsville d/b/a Huntsville Utilities_**

/s/ _Joel Herz_

Joel L. Herz
AZ State Bar No. 015105
Law Offices of Joel L. Herz
3573 East Sunrise Drive, Suite 215
Tucson, AZ 85718
Phone: (520) 529-8080
Fax: (520) 529-8077
joel@joelherz.com

**_Attorney by Special Appearance for Defendant NL Industries, Inc._**

and

/s/ _Paul Klein_

Paul Klein
NC State Bar No. 18636
Klein & Freeman, PLLC
4521 Sharon Road, Suite 150
P.O. Box 221648
Charlotte, NC 28222-1648
Phone: (704) 442-0660
Fax: (704) 364-2295
paulklein@kleinfreeman.com

LR 83.1 Counsel

**_Attorney for Defendant NL Industries, Inc._**

| | |
|---|---|
| /s/ Susan H. Briggs | /s/ Kurt J. Olson |
| Susan H. Briggs | Kurt J. Olson |
| NC State Bar No. | Law Office of Kurt J. Olson, PLLC |
| Dickie, McCamey & Chilcote, P.C. | 3737 Glenwood Avenue, Suite 100 |
| 2115 Rexford Road, Suite 210 | Raleigh, NC 27612 |
| Charlotte, NC 28211 | Phone: 919-573-6172 |
| Phone: 704.998.5184 | Fax: 919-573-6173 |
| sbriggs@dmclaw.com | kurt.j.olson@gmail.com |
| | |
| and | ***Attorney for Arkema, Inc., BASF Corp.,*** |
| | ***Stauffer management Co. on behalf of Bayer*** |
| /s/ Peter T. Stinson | ***CropScience, Inc., CSX Residual Co.,*** |
| Peter T. Stinson, Esquire | ***Duquense Light Co., Sara Lee Corp.,*** |
| P.A.I.D. No.: 39044 | ***Chemical Products, Corp., Sumter Electric*** |
| Dickie McCamey & Chilcote, PC | ***Cooperative, Inc., Mid American Energy Co.,*** |
| Two PPG Place, Suite 400 | ***Norfolk Southern Railway Co., Haines &*** |
| Pittsburg, PA 15222-5402 | ***Kibblehouse, Inc., South Central Power Co.,*** |
| Phone: 412.392.5432 | ***General Extrusions, Inc., Cooper Tire and*** |
| pstinson@dmclaw.com | ***Rubber Co., American Skiing Co.,*** |
| | ***Appalachian Power Co., Kingsport Power*** |
| ***Attorneys for Carlisle Syntec Incorporated*** | ***Co., International Paper Co., Kobe Copper*** |
| ***and PPG Industries, Inc.*** | ***Products, Inc., Environmental Protection*** |
| | ***Services, Inc., Jessop Steel, LLC, Foremost*** |
| | ***Electric and Transmission, Inc., Holladay*** |
| | ***Property Services, Midwest, Inc. (aka*** |
| | ***Holladay Corp.), Erachem Comilog*** |

| | |
|---|---|
| /s/   Kurt J. Olson | /s/   Ronald E. Cardwell |
| Kurt J. Olson | Ronald E. Cardwell |
| Law Office of Kurt J. Olson, PLLC | NC State Bar No. 17027 |
| 3737 Glenwood Avenue, Suite 100 | McNair Law Firm, P.A. |
| Raleigh, NC 27612 | 104 South Main St., Suite 700 |
| Phone: 919-573-6172 | P.O. Box 447 |
| Fax: 919-573-6173 | Greenville, SC 29602 |
| kurt.j.olson@gmail.com | Phone: (864) 271-4940 |
| | Fax: (864) 271-4015 |
| John S. EllenHahn | rcardwell@mcnair.net |
| Robert B. Cordle | |
| Mayer Brown LLP | and |
| 1999 K Street NW | |
| Washington, DC 20006 | |
| 202-263-3346 | Lee W. Zimmerman |
| 202-236-5346 (fax) | Ethan R. Ware |
| jhahn@mayerbrown.com | McNair Law Firm, P.A. |
| | 1301 Gervais St., 17th Floor |
| | P.O. Box 11390 |
| ***Attorney for Defendant Frontier*** | Columbia, 29211 |
| ***Communications Corp., f/k/a Citizens*** | Phone: (803) 799-9800 |
| ***Communications Company*** | Fax: (803) 753-3219 |
| | lzimmerman@mcnair.net |
| | eware@mcnair.net |
| | |
| | ***Attorneys for Furman University, Intertape*** |
| | ***Polymer Group, Lafarge Mid-Atlantic and*** |
| | ***Owen Electric Steel*** |

| | |
|---|---|
| */s/   Gregory J. Lucht* <br> Kevin D. Margolis, OHSB #0042043 <br> Gregory J. Lucht, OHSB #0075045 <br> Benesch, Friedlander, Coplan & Aronoff, LLP <br> 200 Public Square, Ste. 2300 <br> Cleveland, OH 44114-2378 <br> Phone: (216) 363-4511 <br> Fax: (216) 363-4588 <br> kmargolis@beneschlaw.com <br> glucht@beneschlaw.com <br><br> ***Attorneys for Defendant Green Circle Growers, Inc.*** <br><br> and <br><br> */s/   Steven K. McCallister* <br> Kieran J. Shanahan, NCSB #13329 <br> Steven K. McCallister, NCSB #25532 <br> Shanahan Law Group, PLLC <br> 128 E. Hargett Street, Third Floor <br> Raleigh, NC 27601 <br> Phone: (919) 856-9494 <br> Fax: (919) 856-9499 <br> kieran@shanahanlawgroup.com <br> smccallister@shanahanalawgroup.com <br><br> ***LR 83.1 Counsel for Defendant Green Circle Growers, Inc.*** | */s/ Herman L. Fussell* <br> Herman L. Fussell, Georgia SB #281100 <br> Shapiro Fussell Wedge & Martin, LLP <br> One Midtown Plaza, Suite 1200 <br> 1360 Peachtree St. <br> Atlanta, GA 30309 <br> Phone: (404) 870-2201 <br> Fax: (404) 870-2213 <br><br> ***Attorney for Defendant Cleveland Electric Co.*** <br><br> and <br><br> */s/ Brian J. Schoolman* <br> Brian J. Schoolman, NCSB #26266 <br> Safran Law Offices <br> 120 South Boylan Avenue (27603) <br> Post Office Box 587 <br> Raleigh, North Carolina 27602-0587 <br> Phone: (919) 828-1396 <br> Fax: (919) 828-7993 <br><br> ***LR 83.1 Counsel for  Defendant Cleveland Electric Company*** |

_/s/ Timothy J. Bergere_
Timothy J. Bergere
Pennsylvania Attorney I.D. No. 39110
Montgomery McCracken
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109-1030
Phone: (215) 772-1500 / Fax: (215) 772-7620
tbergere@mmwr.com

**_Attorneys by Special Appearance for_**
**_Defendant Carr & Duff, Inc._**

And

_/s/ Mason Avrigian, Jr._
Mason Avrigian, Jr.
Pennsylvania Attorney I.D. No. 51647
Jeffrey P. Wallack
Pennsylvania Attorney I.D. No. 69112
Wisler Pearlstine, LLP
484 Norristown Road, Suite 100
Blue Bell, PA 19422-2326
Phone: (610) 825-8400 / Fax: (610) 828-4887
mavrigian@wispearl.com
jwallack@wispearl.com

**_Attorneys by Special Appearance for_**
**_Defendant Carr & Duff, Inc._**

and

_/s/ E. Hardy Lewis_
E. Hardy Lewis
NC Bar No. 18282
Blanchard, Miller, Lewis & Styers, P.A.
1117 Hillsborough Street
Raleigh, NC 27603
Phone: (919) 747-8107 / Fax: (919) 755-3994
hlewis@bmlslaw.com

**_Local Rule 83.1 Counsel for Defendant Carr_**
**_& Duff, Inc._**

_/s/ Donald H. Beskind_
Donald H. Beskind
NC State Bar No. 8138
beskind@nctrial.com

_/s/ Jesse H. Rigsby, IV_
Jesse H. Rigsby, IV
NC State Bar No. 35538
rigsby@nctrial.com
Twiggs Beskind Strickland & Rabenau, PA
Wachovia Capital Center
150 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Phone: (919) 828-4357
Fax: (919) 833-7924

**_LR 83.1 Counsel Defendant Union Electric_**
**_Company_**

and

_/s/ Joseph F. Madonia_
Joseph F. Madonia
IL State Bar No. 6190852
madonia@wildman.com

_/s/ Meghan M. Hubbard_
Meghan M. Hubbard
IL State Bar No. 6275155
hubbard@wildman.com
Wildman, Harrold, Allen & Dixon, LLP
225 W. Wacker Drive, Suite 2800
Chicago, IL 60606
Phone: (312) 201-2810
Fax: (312) 201-2555

**_Attorneys for Union Electric Company_**

| | |
|---|---|
| */s/ Joel A. Kramer*<br>Joel A. Kramer<br>District of Maryland Bar No.: 04224<br>14501 Sweitzer Lane, 12th Floor<br>Laurel, MD 20707<br>Phone: (301) 206-8159<br>Fax: (301) 206-8157<br>jkramer@wsscwater.com<br><br>**Attorney for Defendant Washington**<br>**Suburban Sanitary Commission** | */s/ William H. Harkins, Jr.*<br>William H. Harkins, Jr.<br>John C. Millberg<br>Millberg Gordon Stewart PLLC<br>1101 Haynes Street, Suite 104<br>Raleigh, NC 27604<br>wharkins@mgsattorneys.com<br>jmillberg@mgsattorneys.com<br><br>Brian K. Lewallen<br>Julie S. Solmer Stine<br>Caterpillar Inc., - Legal Services Division<br>100 N.E. Adams St.<br>Peoria, IL 61629-6485<br>309-675-1553<br>309-494-1467 (fax)<br>lewallen_brian_k@cat.com<br>stine_julie_s@cat.com<br><br>**Attorney for Defendant Caterpillar Inc.** |
| */s/ John A. Sheehan*<br>John A. Sheehan<br>R. Dennis Fairbanks<br>Hunton & Williams, LLP<br>1900 K Street, N.W.<br>Washington, D.C. 20006<br>Phone: (202) 955-1939<br>jsheehan@hunton.com<br>dfairbanks@hunton.com<br><br>**Attorney for Defendants Alcoa, Inc. &**<br>**Tredegar Film Products Corporation** | */s/ Marc J. Wojciechowski*<br>Marc J. Wojciechowski<br>TX State Bar No. 21844600<br>Wojciechowski & Associates, P.C.<br>17447 Kuykendahl Road, Suite 200<br>Spring, Texas 77379<br>Phone: (281) 999-7774<br>Fax: (281) 999-1955<br>marc@wojolaw.com<br><br>**Attorneys for Defendant Ventech Equipment,**<br>**Inc.**<br><br>*/s/ Scott Brown*<br>Scott Brown<br>Brown, Crump, Vanore & Tierney, LLP<br>421 Fayetteville Street, Suite 1601<br>Raleigh, North Carolina 27601<br>Phone: (919) 835-0909<br>Fax: (919) 835-0915<br>SBrown@bcvtlaw.com<br><br>**L.R. 83.1 Counsel for Defendant Ventech**<br>**Equipment, Inc.** |

/s/ William A. White
William A. White
NC State Bar No. 21484
Moore & Van Allen, PLLC
100 North Tryon St., Suite 4700
Charlotte, NC 28282-4003
Phone: (704) 331-1098
Fax: (704) 378-2098
billwhite@mvalaw.com

/s/ David E. Fox
David E. Fox (N.C. Bar No. 10332)
Michael J. Byrne (N.C. Bar No. 23577)
Moore & Van Allen, PLLC
P.O. Box 13706
Research Triangle Park, NC 27709
Phone: (919) 286-8000
Fax: (919) 286-8199
davidfox@mvalaw.com
michaelbyrne@mvalaw.com

**Attorneys for Defendants Martin Marietta Materials, Inc.; North Carolina State University; Nucor Corp.; University of North Carolina at Chapel Hill; Town of Blackstone, Virginia; City of Dover, Delaware and Wartburg College**

/s/ Zackary D. Knaub
Stephen L. Gordon
Zackary D. Knaub
Beveridge & Diamond, PC
477 Madison Ave., 15th Floor
New York, NY 10022-5802
Phone: (212) 702-5400
zknaub@bdlaw.com

/s/ David E. Fox
David E. Fox
430 Davis Drive
Suite 500
Morrisville, NC 27560-6832
davidfox@mvalaw.com

**Attorneys for Defendant Cogentrix Energy, LLC**

| | |
|---|---|
| _/s/ Robert O. Renbarger_ | _/s/   Bret W. Jedele_ |
| Robert O. Renbarger | Bret W. Jedele |
| TX State Bar No. 16768100 | RI State Bar No. 6053 |
| Fritz, Byrne, Head & Harrison, PLLC | Chace, Ruttenberg & Freeman, LLP |
| 98 San Jacinto Blvd., Suite 2000 | One Park Row, Suite 300 |
| Austin, TX 78701 | Providence, RI 02903 |
| Phone: (512) 476-2020 | Phone: (401) 503-6411 |
| Fax: (512) 477-5267 | Fax: (401) 503-6411 |
| bob@fbhh.com | bjedele@crfllp.com |
| | |
| **_Attorney by Special Appearance for_** | **_Attorneys for Defendant Jet Electric Motor_** |
| **_Defendant CHRISTUS Health Northern_** | **_Company, Inc._** |
| **_Louisiana_** | |
| | _/s/ James F. Hopf_ |
| _/s/   Curtis L. Bentz_ | James F. Hopf |
| Curtis L. Bentz | NC State Bar No. 13551 |
| NC State Bar No. 19733 | Hopf & Highley, P.A. |
| Battle, Winslow, Scott & Wiley, PA | 1694 E. Arlington Blvd., Suite E |
| 2343 Professional Drive | Greenville, NC 27858 |
| P.O. Box 7100 | Phone: (252) 756-1883 |
| Rocky Mount, NC 27804-0100 | Fax: (252) 756-1797 |
| Phone: (252) 937-2200 | jim@hopfhighley.com |
| Fax: (252) 937-8100 | |
| cbentz@bwsw.com | **_LR 83.1 Counsel for Defendant Jet Electric_** |
| | **_Company, Inc._** |
| **_LR 83.1 Counsel for Defendant CHRISTUS_** | |
| **_Health Northern Louisiana_** | |

| | |
|---|---|
| Wyrick Robbins Yates & Ponton, LLP<br><br>  /s/ *Grady L. Shields*<br>Grady L. Shields<br>NC State Bar No. 13101<br>4101 Lake Boone Trail, Suite 300<br>Raleigh, NC 27607-7506<br>Phone: (919) 781-4000<br>Fax: (919) 781-4865<br>gshields@wyrick.com<br><br>***LR 83.1 Special Counsel for Defendant Koch***<br>***Industries*** | /s/   *David J. Mazza*<br>David J. Mazza<br>NC State Bar No. 26082<br>Womble Carlyle Sandridge & Rice, PLLC<br>One West Fourth Street<br>Winston-Salem, NC 27101<br>Phone: (336) 728-7031<br>dmazza@wcsr.com<br>***Attorney for Defendant Veolia***<br>***Environmental Services Waste-to-Energy***<br>***f/k/a Montenay Power Corporation*** |
| Lathrop & Gage, LLP<br><br>  /s/   *Jessica E. Merrigan*<br>Jessica E. Merrigan<br>MO State Bar No. 54982<br>Thomas A. Ryan<br>MO State Bar No. 32437<br>2345 Grand Blvd., Suite 2800<br>Kansas City, MO 64108<br>Phone: (816) 460-5706<br>Fax: (816) 292-2001<br>jmerrigan@lathropgage.com<br>tryan@lathropgage.com<br><br>***Attorneys by Special Appearance for***<br>***Defendant Koch Industries*** | /s/ *Scott Lewis*<br>Scott Lewis<br>NC State Bar No. 22167<br>Hedrick, Gardner, Kincheloe & Garofalo,<br>L.L.P.<br>1838 sir Tyler Drive, Suite 200<br>Wilmington, NC 28405<br>Phone: (910) 509-9664<br>Fax: (910) 509-9630<br>slewis@hedrickgardner.com<br>***Attorney for Defendant Dean's Light Box,***<br>***Inc.*** |

POYNER SPRUILL, LLP

/s/ Keith H. Johnson
Keith H. Johnson
NC State Bar No. 177885
Andrew H. Erteschik
NC State Bar No. 35269
Poyner Spruill, LLP
301 Fayetteville Street, Suite 1900
Raleigh, NC 27601
Phone: (919) 783-1013
Fax: (919) 783-1075
kjohnson@poynerspruill.com
aerteschik@poynerspruill.com

*Attorneys for Defendants Dorey Electric Co.,*
*Town of Louisburg, North Carolina*
*Department of Agriculture and Consumer*
*Services, North Carolina Department of*
*Health & Human Services (named as:*
*Cherry Hospital, Central Regional Hospital*
*and O'Berry Neuro-Medical Center),*
*Phoenix Solutions Co. and Peace College of*
*Raleigh, Inc.*

/s/   Charles K. Douthwaite
Charles K. Douthwaite
WA State Bar No. 9246
P.O. Box 9777
Federal Way, WA 98063-9777
Phone: (253) 924-2803
Fax: (253) 928-2184
Charlie.douthwaite@weyerhaeuser.com

*Attorneys for Defendant Weyerhaeuser*
*Company*

/s/ Scott C. Hart
Scott C. Hart
NC State Bar No. 1906
Sumrell, Sugg, Carmichael, Hicks & Hart,
P.A.
Post Office Drawer 889
New Bern, NC 28563
Phone: (252) 633-3131
Fax: (252) 633-3507
shart@nclawyers.com

*LR 83.1 Counsel for Defendant*
*Weyerhaeuser Company*

| | |
|---|---|
| _/s/ Joan W. Hartley_ | _/s/ Joan W. Hartley_ |
| Marcus A. Manos | Marcus A. Manos |
| NC State Bar No. 21783 | NC State Bar No. 21783 |
| Joan Wash Hartley | Joan Wash Hartley |
| NC State Bar No. 36361 | NC State Bar No. 36361 |
| William T. Lavender, Jr. | William T. Lavender, Jr. |
| S.C. State Bar No. 3143 | S.C. State Bar No. 3143 |
| Nexsen Pruet, LLC | Nexsen Pruet, LLC |
| 1230 Main Street, Suite 700 | 1230 Main Street, Suite 700 |
| P.O. Box 2426 | P.O. Box 2426 |
| Columbia, SC 29201 | Columbia, SC 29201 |
| Phone: (803) 771-8900 | Phone: (803) 771-8900 |
| mmanos@nexsenpruet.com | mmanos@nexsenpruet.com |
| jhartley@nexsenpruet.com | jhartley@nexsenpruet.com |
| tlavender@nexsenpruet.com | tlavender@nexsenpruet.com |
| | |
| Russell S. Warner | Cynthia M. Currin |
| Marissa A. Savastana | NC State Bar No. 9184 |
| MacDonald, Illig, Jones & Britton, LLP | Crisp, Page & Currin, LLP |
| 100 State Street, Suite 700 | 4010 Barrett Drive, Suite 205 |
| Erie, PA 16507-1459 | Raleigh, NC 27609 |
| msavastana@mijb.com | Phone: (919) 791-0009 |
| rwarner@mijb.com | ccurrin@cpclaw.com |
| Phone: (814) 870-7600 | |
| | **Attorneys for Defendant Bedford Rural** |
| **Attorneys for Defendant Warren Electric** | **Electric Cooperative, Inc.** |
| **Cooperative** | |

/s/    Joan Wash Hartley
Marcus A. Manos
NC State Bar No. 21783
Joan Wash Hartley
NC State Bar No. 36361
William T. Lavender, Jr.
S.C. State Bar No. 3143
Nexsen Pruet, LLC
1230 Main Street, Suite 700
P.O. Box 2426
Columbia, SC 29201
Phone: (803) 771-8900
mmanos@nexsenpruet.com
jhartley@nexsenpruet.com
tlavender@nexsenpruet.com

*Attorneys for Defendants Greenwood Mills,*
*Inc., Palmetto Electric Cooperative, Inc., and*
*Santee Electric Cooperative, Inc.*

/s/    Joan W. Hartley
Marcus A. Manos
NC State Bar No. 21783
Joan Wash Hartley
NC State Bar No. 36361
William T. Lavender, Jr.
S.C. State Bar No. 3143
Nexsen Pruet, LLC
1230 Main Street, Suite 700
P.O. Box 2426
Columbia, SC 29201
Phone: (803) 771-8900
mmanos@nexsenpruet.com
jhartley@nexsenpruet.com
tlavender@nexsenpruet.com

David Bates
Gardere Wynne Sewell, LLP
1000 Louisiana, Suite 3400
Houston, TX 77002
Phone: (713) 276-5355
dbates@gardere.com

*Attorneys for Defendants IES Commercial,*
*Inc., and Integrated Electrical Services, Inc.*

| | |
|---|---|
| */s/ Bonnie Allyn Barnett* | */s/ William E. Hvidsten* |
| Bonnie Allyn Barnett | William E. Hvidsten |
| Joshua Kaplowitz | CA Bar No. 113030 |
| Drinker Biddle & Reath, LLP | P.O. Box 13222 |
| One Logan Square | Sacramento, CA 95813-6000 |
| 18th & Cherry Streets | Phone: (916) 351-8524 |
| Philadelphia, PA 19103 | Fax: (916) 355-3603 |
| Phone: (215) 988-2700 | William.hvidsten@gencorp.com |
| Fax: (215) 988-2757 | Attorney for Defendant Buist Electric, Inc. |
| Bonnie.barnett@dbr.com | Gencorp, Inc. |
| Joshua.kaplowitz@dbr.com | |

<table>
<tr><td>

   */s/ Bonnie Allyn Barnett*
Bonnie Allyn Barnett
Joshua Kaplowitz
Drinker Biddle & Reath, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
Phone: (215) 988-2700
Fax: (215) 988-2757
Bonnie.barnett@dbr.com
Joshua.kaplowitz@dbr.com

   */s/ Sara W. Higgins*
Sara W. Higgins
Higgins Law Firm, PLLC
6525 Morrison Blvd., Suite 402
Charlotte, NJ 28211
Phone: (704) 366-4607
Fax: (704) 749-9451
sally@thehigginslawfirm.com

***Attorneys for Defendants PPL Electric
Utilities Corp, Niagara Mohawk Power Corp.
and Trap Rock Industries, Inc.***

</td><td>

   */s/ William E. Hvidsten*
William E. Hvidsten
CA Bar No. 113030
P.O. Box 13222
Sacramento, CA 95813-6000
Phone: (916) 351-8524
Fax: (916) 355-3603
William.hvidsten@gencorp.com
Attorney for Defendant Buist Electric, Inc.
Gencorp, Inc.

   */s/ Curtis L. Bentz*
Curtis L. Bentz
NC State Bar No. 19733
Battle, Winslow, Scott & Wiley, P.A.
P.O. Box 7100
Rocky Mount, NC 27804
Phone: (252) 937-2200
Fax: (252) 937-8100
cbentz@bwsw.com

***LR 83.1 Counsel for Defendant Buist
Electric, Inc.***

</td></tr>
</table>

| | |
|---|---|
| _/s/ F. Bryan Brice, Jr._ | _/s/ F. Bryan Brice, Jr._ |
| F. Bryan Brice, Jr. | F. Bryan Brice, Jr. |
| NC State Bar No. 17840 | NC State Bar No. 17840 |
| Catherine W. Cralle-Jones | Catherine W. Cralle-Jones |
| NC State Bar No. 23733 | NC State Bar No. 23733 |
| Law Offices of F. Bryan Brice, Jr. | Law Offices of F. Bryan Brice, Jr. |
| 19 W. Hargett Street, Suite 600 | 19 W. Hargett Street, Suite 600 |
| Raleigh, NC 27601 | Raleigh, NC 27601 |
| Phone: (919) 754-1600 | Phone: (919) 754-1600 |
| Fax: (919( 832-0301 | Fax: (919( 832-0301 |
| bryan@attybryanbrice.com | bryan@attybryanbrice.com |
| cathy@attybryanbrice.com | cathy@attybryanbrice.com |
| | |
| _/s/ Ron Byrd_ | **_Attorneys for Defendant Hudson Light &_** |
| Ron Byrd | **_Power_** |
| Federal Bar NO. 06654 | |
| Constellation Energy Group, Inc. | |
| 100 Constellation Way, 17th Floor | |
| Baltimore, MD 21202 | |
| Phone: (410) 470-5692 | |
| Fax: (443) 213-3682 | |
| | |
| **_Attorneys for Defendant Baltimore Gas &_** | |
| **_Electric_** | |

| | |
|---|---|
| */s/ Ben L. Pfefferle III* | */s/ Robert S. Adden, Jr.* |
| Ben L. Pfefferle III | Robert S. Adden, Jr. |
| OH State Bar No. 0024297 | NC State Bar No. 10223 |
| Gregory R. Flax | Ruff, Bond, Cobb, Wade & Bethune, LLP |
| OH State Bar No. 0081206 | 831 East Morehead Street, Suite 860 |
| Baker & Hostetler LLP | Charlotte, NC 28202 |
| 65 East State Street, Suite 2100 | Phone: (704) 377-1634 |
| Columbus, OH 43215 | Fax: (704) 342-3308 |
| Phone: (614) 462-2601 | radden@rbcwb.com |
| Fax: (614) 462-2616 | **LR 83.1 Counsel for Defendant Pactiv** |
| bpfefferle@bakerlaw.com | **Corporation** |
| gflax@bakerlaw.com | |
| | Reott Law Offices, LLC |
| **Special Appearance Counsel for Defendant** | |
| **Guernsey-Muskingum Electric Cooperative,** | */s/ Raymond T. Reott* |
| **Inc.** | Raymond T. Reott |
| | IL State Bar No. 3128141 |
| */s/ Julia Mimms* | |
| Julia G. Mimms | */s/ Becky J. Schanz* |
| NC State Bar No. 27978 | Becky J. Schanz |
| 1001 Elizabeth Avenue, Suite IA | |
| Charlotte, NC 28204 | 35 E. Wacker Drive, Suite 650 |
| Phone: (704) 333-1301 | Chicago, IL 60601 |
| Fax: (704) 333-1290 | Phone: (312) 332-7544 |
| jgmassistant@bellsouth.net | Fax: (312) 782-4519 |
| | rreott@reottlaw.com |
| **Counsel for Defendant Guernsey-** | **Attorneys for Defendant Pactiv** |
| **Muskingum Electric Cooperative, Inc.** | **Corporation** |
| */s/ Jeffrey H. Weir II* | /s/Stanley B. Green |
| Jeffrey H. Weir III, Esquire | N.C. Bar # 25539 |
| OH State Bar No. 0067470 | Strauch Fitzgerald & Green, P.C. |
| Colella & Weir, P.L.L. | 118 South Cherry Street |
| 6055 Park Square Drive | Winston-Salem, NC 27101 |
| Lorain, OH 44053 | Phone: (336)-837-1064 |
| Phone: (440) 988-9013 | Fax: (336)-725-8867 |
| Fax: (440) 988-9002 | Email: sgreen@sfandglaw.com |
| jhweir@cnwlaw.com | |
| | **Attorneys for Duke Energy Carolinas LLC** |
| **Attorney for Defendant P.C. Campana, Inc.** | |

RIKER DANZIG SCHERER HYLAND
PERRETTI LLP

*/s/ Jeffrey B. Wagenbach*
Jeffrey B. Wagenbach
Stephen W. Smithson
Jaan M. Haus
New Jersey Bar No. 34540
One Speedwell Avenue
Morristown, NJ 07962-1981
Phone: (973) 538-0800
Fax: (973) 538-1984
jwagenbach@riker.com
ssmithson@riker.com
jhaus@riker.com

MARTIN & GIFFORD, PLLC

*/s/ William H. Gifford, Jr.*
William H. Gifford, Jr.
N.C. State Bar No. 25175
301 North Main Street, Suite 2200
Winston-Salem, NC 27101
Phone: 336-714-0333
Fax: 336-714-0334
bill@martingiffordlaw.com
LR 83.1 Counsel

***Attorneys for Defendant,***
***G&S Motor Equipment Company, Inc***

*/s/ Benjamin F. Sidbury*
Benjamin F. Sidbury
NC State Bar No. 28071
Anthony B. Taylor
NC State Bar No. 37220
Alston & Bird LLP
Bank of America Plaza, Suite 4000
101 South Tryon Street
Charlotte, NC 28280
Phone: (704) 444-1000
Fax: (704) 444-1111
ben.sidbury@alston.com
tony.taylor@alston.com

*LR 83.1(d) Counsel*

Douglas S. Arnold
GA State Bar No. 023208
Kristin Holloway Jones
GA Bar No. 041154
Alston & Bird LLP
One Atlantic Center
2302 West Peachtree Street
Atlanta, GA 30309-3424
Phone: (404) 881-7000
Fax: (404) 881-7777
Doug.arnold@alston.com
Kristin.jones@alston.com
*LR 83.1(e) Counsel*

***Attorneys for Defendants ECC International,***
***Inc.; Tennessee Electro Minerals, Inc.;***
***Union Carbide Corp.; and Vulcan***
***Construction Materials, L.P.***

*/s/ Benjamin F. Sidbury*
Benjamin F. Sidbury
NC State Bar No. 28071
Anthony B. Taylor
NC State Bar No. 37220
Alston & Bird LLP
Bank of America Plaza, Suite 4000
101 South Tryon Street
Charlotte, NC 28280
Phone: (704) 444-1000
Fax: (704) 444-1111
ben.sidbury@alston.com
tony.taylor@alston.com

*LR 83.1(d) Counsel*

Robert D. Mowrey
GA State Bar No. 527510
Kristin Holloway Jones
GA Bar No. 041154
Alston & Bird LLP
One Atlantic Center
2302 West Peachtree Street
Atlanta, GA 30309-3424
Phone: (404) 881-7000
Fax: (404) 881-7777
Bob.mowrey@alston.com
Kristin.jones@alston.com

*LR 83.1(e) Counsel*

Charles S. Conerly
GA State Bar No. 180720
Smith Diment Conerly, LLP
402 Newnan Street
Carrollton, GA 30117
Phone: (770) 834-1160
Fax: (770) 834-1190
cconerly@smithdiment.com

*LR 83.1(e) Counsel*

Henry C. Tharpe, Jr.
GA State Bar No. 703250
Sponcler & Tharpe, LLC
P.O. Box 398
225 W. King St.
Dalton, GA 307222-0398
Phone: (706) 278-5211
Fax: (706) 270-9438
hctharpe@sponclerandtharpe.com

*LR 83.1(e) Counsel*

***Attorneys for Defendant for North Georgia Electric Membership Corporation***

/s/ Benjamin F. Sidbury
Benjamin F. Sidbury
NC State Bar No. 28071
Anthony B. Taylor
NC State Bar No. 37220
Alston & Bird LLP
Bank of America Plaza, Suite 4000
101 South Tryon Street
Charlotte, NC 28280
Phone: (704) 444-1000
Fax: (704) 444-1111
ben.sidbury@alston.com
tony.taylor@alston.com

*LR 83.1(d) Counsel*

Robert D. Mowrey
GA State Bar No. 527510
Kristin Holloway Jones
GA Bar No. 041154
Alston & Bird LLP
One Atlantic Center
2302 West Peachtree Street
Atlanta, GA 30309-3424
Phone: (404) 881-7000
Fax: (404) 881-7777
Bob.mowrey@alston.com
Kristin.jones@alston.com

*LR 83.1(e) Counsel*

*Attorneys for Defendant Northrop Grumman Shipbuilding, Inc.*

/s/ Benjamin F. Sidbury
Benjamin F. Sidbury
NC State Bar No. 28071
Alston & Bird LLP
Bank of America Plaza, Suite 4000
101 South Tryon Street
Charlotte, NC 28280
Phone: (704) 444-1000
Fax: (704) 444-1111
ben.sidbury@alston.com

*LR 83.1(d) Counsel*

*Attorneys for Defendant Imerys Carbonates, LLC*

/s/ John W. Kalich
A. Bruce White
IL Bar No. 2999102
John W. Kalich
IL Bar No. 6193109
Karaganis, White & Magel, Ltd
414 N. Orleans Street, Suite 810
Chicago, IL 60054-4459
Phone: (312) 836-1177
Fax:    (312) 836-9083
bwhite@k-w.com
jkalich@k-w.com

**Attorneys by Special Appearance for
Defendant Alcan Primary Products
Corporation**

/s/ Joshua H. Bennett
Richard V. Bennett
NC State Bar No. 6028
Joshua H. Bennett
NC State Bar No. 32576
Bennett & Guthrie, PLLC
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103
Phone: (336) 765-3121
Fax:    (336) 765-8622
rbennett@bennett-guthrie.com
jbennett@bennett-guthrie.com

**Attorneys for Defendant Alcan Primary
Products Corporation**

/s/ Debora S. Lasch
Debora S. Lasch
State Bar No. 0040441
Singerman, Mills, Desberg & Kauntz cO.,
L.P.A.
3401 Enterprise Parkway, Suite 200
Beachwood, Ohio 44122
Phone: (216) 292-5807
Fax:  (216) 292-5867
dlasch@smdklaw.com

**Attorney for Defendant International Power
Machinery Company**

/s/ Sean M. Sullivan
Sean M. Sullivan
State Bar No. 38957
Williams Mullen
3200 Beechleaf Court, Suite 500
Raleigh, North Carolina 27604
Phone: (919) 981-4312
Fax:  (919) 981-4300
Email:  ssullivan@williamsmullen.com

**L.R. 83.1 Counsel Defendant International
Power Machinery Company**

| | |
|---|---|
| */s/Bradley M. Risinger* | */s/ Dennis Reis* |
| Bradley M. Risinger | Dennis Reis |
| NC State Bar No. 23629 | WI Bar No. 1005696 |
| Smith Moore Leatherwood, LLP | Briggs and Morgan, P.A. |
| 434 | 2200 IDS Center |
| Fayetteville Street, Suite 2800 (27601) | 80 South 8th Street |
| P.O. Box 27525 | Minneapolis, MN 55402 |
| Raleigh, NC 27611 | Phone: (612) 977-8877 |
| Phone: (919) 755-8700 | Fax: (612) 977-8650 |
| Fax: (919) 755-8800 | dreis@briggs.com |
| brad.risinger@smithmoorelaw.com | |
| | Mary Maclean D. Asbill |
| **Attorney for Defendants Apogee Coal** | N.C. Bar No. 38936 |
| **Company, LLC and Lockwood's Electric** | 2818 Exeter Circle |
| **Motor Service, Inc.** | Raleigh, N.C. 27609 |
| | Phone: (919) 389-2636 |
| | Fax: (919) 510-6178 |
| | mmasbill@gmail.com |
| | |
| | **L.R. 83.1 Counsel** |
| | |
| | **Attorneys for Domtar Paper Company, LLC** |
| */s/ John J. Butler* | /s/ Todd S. Roessler |
| John J. Butler | Todd S. Roessler |
| N.C. Bar No. 10820 | Kilpatrick Stockton, LLP |
| Parker Poe Adams & Bernstein, LLP | 3737 Glenwood Ave. |
| 150 Fayetteville Street, Suite 1400 | Suite 400 |
| Post Office Box 389 | Raleigh, NC 27612 |
| Raleigh, North Carolina 27602 | 919-420-1726 |
| Phone: (919) 828-0564 | 919-510-6121 (fax) |
| Fax: (919) 834-4564 | troessler@kilpatrickstockton.com |
| jaybutler@parkerpoe.com | |
| | **Attorneys for Bassett Furniture Industries,** |
| Kurt J. Olson | **Inc.** |
| Law Office of Kurt J. Olson, PLLC | |
| 3737 Glenwood Ave., Suite 100 | |
| Raleigh, NC 27612 | |
| 919-573-6172 | |
| 919-573-6173 (fax) | |
| kurt.j.olson@gmail.com | |
| | |
| **Attorney for New Southern Rocky Mount,** | |
| **Inc.** | |