# THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | | |
|---|---|---|
| CAROLINA POWER & LIGHT COMPANY d/b/a PROGRESS ENERGY CAROLINAS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.: 5:08-CV-460-FL (CONSOLIDATED) |
| 3M COMPANY, et al., | ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| CONSOLIDATION COAL COMPANY, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.: 5:08-CV-463-FL (CONSOLIDATED) |
| 3M COMPANY, et al., | ) ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on Plaintiffs' motion for leave to file a surreply to Defendant T&R's motion for sanctions [460 DE-471 & 463 DE-470]. For good cause shown, the motion is **GRANTED**, and Plaintiffs are **DIRECTED** to file their surreply forthwith.

This the 27th day of October, 2010.

_____

DAVID W. DANIEL
United States Magistrate Judge