## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**Civil Action No.: 5:08-CV-00460-FL**

CAROLINA POWER & LIGHT COMPANY )
d/b/a PROGRESS ENERGY CAROLINAS, )
INC.,                                                      )
                                                              )
          Plaintiff,                            )
                                                              )
          v.                                     )
                                                              )
3M COMPANY, et al.,                              )
                                                              )
          Defendants.                        )

**Civil Action No.: 5:08-CV-00463-FL**

CONSOLIDATION COAL COMPANY,             )
                                                              )
          Plaintiff,                            )
                                                              )
          v.                                     )
                                                              )
3M COMPANY, et al.,                              )
                                                              )
          Defendants.                        )

## ENTRY OF DEFAULT AS TO THIRD-PARTY DEFENDANT DAVIS. JERRY INC.

WHEREAS, it has been made to appear to the undersigned, upon declaration or

otherwise, that Third-Party Defendant Davis. Jerry Inc. has failed to plead or otherwise defend

against Third-Party Plaintiff PCS Phosphate Company, Inc.'s Third-Party Complaint;

AND IT APPEARING to the undersigned, that Third-Party Defendant Davis. Jerry Inc. is

subject to default as provided by the Federal Rules of Civil Procedure;

THEREFORE, default is hereby entered against Third-Party Defendant Davis. Jerry Inc.

pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

This the 26th day of January , 2012.

Clerk
United States District Court
Eastern District of North Carolina

-2-