IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No.: 5:08-CV-00460-FL

| | |
|---|---|
| CAROLINA POWER & LIGHT COMPANY d/b/a PROGRESS ENERGY CAROLINAS, INC., <br><br> Plaintiff, <br><br> v. <br><br> 3M COMPANY, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.: 5:08-CV-00463-FL

| | |
|---|---|
| CONSOLIDATION COAL COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> 3M COMPANY, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) |

## ENTRY OF DEFAULT AS TO THIRD-PARTY DEFENDANT DAVIS. JERRY INC.

WHEREAS, it has been made to appear to the undersigned, upon declaration or otherwise, that Third-Party Defendant Davis. Jerry Inc. has failed to plead or otherwise defend against Third-Party Plaintiff PCS Phosphate Company, Inc.'s Third-Party Complaint;

AND IT APPEARING to the undersigned, that Third-Party Defendant Davis. Jerry Inc. is subject to default as provided by the Federal Rules of Civil Procedure;

THEREFORE, default is hereby entered against Third-Party Defendant Davis. Jerry Inc. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

This the 26th day of January, 2012.

_____
Clerk
United States District Court
Eastern District of North Carolina