IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**Civil Action No.: 5:08-CV-00460-FL**

| | |
|---|---|
| CAROLINA POWER & LIGHT COMPANY d/b/a PROGRESS ENERGY CAROLINAS, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| 3M COMPANY, et al., | ) ) |
| Defendants. | ) |

**Civil Action No.: 5:08-CV-00463-FL**

| | |
|---|---|
| CONSOLIDATION COAL COMPANY, | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| 3M COMPANY, et al., | ) ) |
| Defendants. | ) |

## ORDER

THIS MATTER is before the Court upon the motion of Plaintiff/Defendant Carolina Power & Light Company d/b/a Progress Energy Carolinas, Inc. ("PEC") to amend the case caption and any relevant Court records to reflect the change in its corporate name to Duke Energy Progress, Inc. It appearing to the Court that PEC's motion is warranted, the motion to amend case caption is GRANTED.

The Court directs the Clerk of Court to amend the case caption and any relevant Court records to change PEC's name to Duke Energy Progress, Inc. The parties shall file a joint report identifying case management issues necessary to be considered at this juncture in the cases, including any request for conference with the court in advance of its further order on scheduling and pretrial management. Said report shall be filed within 21 days from date of entry of this order.

# 3129583_1.Docx

This the 2nd day of May, 2013.

Louise W. Flanagan
Judge
U.S. District Court,
Eastern District of North Carolina